1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MANUEL VELEZ,<br>　　　　　　Petitioner,<br>　　v.<br>ROBERT K. WONG, Warden,<br>　　　　　　Respondent. | Case No. EDCV 06-508 AHM(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative Third Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: August 11, 2010

*[signature]*

HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6